CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 18 2006

JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| LEWIS LYONS,<br>    Petitioner, | Civil Action No. 7:06CV00035 |
| v. | **FINAL ORDER** |
| FEDERAL BUREAU OF PRISONS,<br>    Respondent. | By: Hon. Glen E. Conrad<br>United States District Judge |

In accordance with the accompanying memorandum opinion, it now

### ORDERED

that the respondent's motion to dismiss shall be and hereby is **GRANTED**, and the petition for writ of habeas corpus filed by the petitioner shall be and hereby is **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent.

ENTER: This 18th day of May, 2006.

                                                                  /s/ Glen E. Conrad
                                        United States District Judge